# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES SEYMOUR, | : |
| | : Case No. 2:21-cv-00313 |
| PLAINTIFF, | : |
| | : |
| | : Honorable Judge Elizabeth Preston Deavers |
| v. | : |
| | : **JOINT STIPULATION OF DISMISSAL** |
| | : |
| SCOTT CHRISTOPHER MILLER, *et al.*, | : |
| | : |
| DEFENDANTS. | : |

## JOINT STIPULATION OF DISMISSAL

Now come the parties, jointly, through Counsel, and all claims having been settled, hereby stipulate to a dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(A).

DATED: June 1, 2022

s/ *Michael L. Fradin*
Michael L. Fradin (0091739)
8 N. Court St. Suite 403
Athens, Ohio 45701
P: 847-986-5889
F: 847-673-1228
mike@fradinlaw.com

*Counsel for Plaintiff*

/s/ *Cassaundra L. Sark*
Cassaundra L. Sark (0087766)
Randall L. Lambert (0117987)
Lambert Law Office
215 South 4th St.
Ironton, Ohio 45638
P: 740-532-4333
F: 740-532-7241
csark@lambert-law.org

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, a copy of the foregoing will be served on all parties of record via this Court's ECF filing system.

s/*Michael L. Fradin*
Michael L. Fradin, Attorney at Law
mike@fradinlaw.com
